**A CERTIFIED TRUE COPY**

NOV 27 2006

ATTEST

FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**FILED**

NOV 30 2006 WH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 7 2006

FILED
CLERK'S OFFICE

**FILED**
**NOVEMBER 30, 2006**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**06 C 6756**

**JUDGE ASPEN**

DOCKET NO. 1715

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

DAJ

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-10)

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 408 F.Supp.2d 1354 (J.P.M.L. 2005). Since that time, 95 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV 27 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-10 - TAG-ALONG ACTIONS
## DOCKET NO. 1715
## IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **INDIANA SOUTHERN** | |
| INS  1  06-1391 | Mary Harless v. CitiMortgage, Inc. |
| **MASSACHUSETTS** | |
| MA  4  06-40197 | Joseph W. Martin, et al. v. Ameriquest Mortgage Co. |
| **MICHIGAN EASTERN** | |
| MIE  2  06-14206 | Charles B. Foster v. Argent Mortgage Co., LLC, et al. |
| MIE  2  06-14228 | Shree Robinson, et al. v. Ameriquest Mortgage Co., et al. |
| MIE  2  06-14251 | James B. Stafford, Sr., et al. v. Ameriquest Mortgage Co., et al. |
| **MICHIGAN WESTERN** | |
| MIW  1  06-688 | Barbara J. Skanes v. Ameriquest Mortgage Co., et al. |
| MIW  1  06-696 | David E. Landgren v. Argent Mortgage Co., LLC, et al. |

INVOLVED COUNSEL LIST (CTO-10)
DOCKET NO. 1715
IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES
LITIGATION

Samuel R. Ardery
Bunger & Robertson
226 South College Square
P.O. Box 910
Bloomington, IN 47402-0910

Kevin H. Breck
Clark Hill, PLC
500 Woodward Avenue
Suite 3500
Detroit, IL 48226-3435

Daniel A. Edelman
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603

Albert F. Hofeld, Jr.
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603

Christopher M. Lefebvre
Law Offices of Claude Lefebvre & Sons
P.O. Box 479
Pawtucket, RI 02862

Steven E. Snow
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

Curtis Charles Warner
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603

Mark D. van der Laan
Dykema Gossett LLP
300 Ottawa Ave., NW, Ste.700
Grand Rapids, MI 49503

## INVOLVED JUDGES LIST (CTO-10)
## DOCKET NO. 1715
## IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

Hon. Sarah Evans Barker
U.S. District Judge
210 Birch Bayh Federal Building & U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. Robert H. Bell
Chief Judge, U.S. District Court
602 Gerald R. Ford Federal Building
110 Michigan Street, N.W.
Grand Rapids, MI 49503

Hon. Sean F. Cox
U.S. District Judge
United States District Court
235 Theodore Levin U.S. Courthouse
231 West Lafayette Blvd.
Detroit, MI 48226

Hon. Wendell A. Miles
Senior U.S. District Judge
236 Federal Building
110 Michigan Street, N.W.
Grand Rapids, MI 48503

Hon. Gerald E. Rosen
U.S. District Judge
730 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

Hon. F. Dennis Saylor, IV
U.S. District Judge
411 Harold D. Donohue Federal Building & U.S. Courthouse
595 Main Street
Worcester, MA 01608

Hon. Anna D. Taylor
Senior U.S. District Judge
1035 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

## INVOLVED CLERKS LIST (CTO-10)
## DOCKET NO. 1715
## IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

David J. Weaver, Clerk
814 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

Laura A. Briggs, Clerk
105 Birch Bayh Federal Building & U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Ronald C. Weston, Clerk
452 Federal Building
110 Michigan Street, N.W.
Grand Rapids, MI 49503

Sarah Thornton, Clerk
Clerk's Office - Attn: Sherry Jones
U.S. District Court
595 Main Street
Worcester, MA 01608

## UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888
http://www.jpml.uscourts.gov

November 27, 2006

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

RECEIVED NOV 3 0 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RECEIVED NOV 3 0 2006 WH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Re: MDL-1715 -- In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

(See Attached CTO-10)

Dear Mr. Dobbins:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on November 7, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/ Vanisha Spinner
        Deputy Clerk

Attachment

cc:  Transferee Judge:    Judge Marvin E. Aspen
     Transferor Judges:   (See Attached List of Judges)
     Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36